UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.                                        CASE NO.: 1:20-cv-6826
CLEMCO PRODUCTS, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Clemco Products, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Clemco Products, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 30, 2020                              Respectfully Submitted,

                                                            /s/David Paul Force
                                                             David Paul Force Esq.
                                                             **Stein Saks, PLLC**
                                                             285 Passaic Street
                                                             Hackensack, NJ 07601
                                                             dforce@steinsakslegal.com
                                                             Tel. 201-282-6500
                                                             Fax 201-282-6501
                                                             *Attorneys for Plaintiff*

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 7, 2020

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of September, 2020    Respectfully Submitted,

                                     */s/ David Paul Force*
                                     David Paul Force